**Jack KEMPER, Appellant, v. STATE of Texas, Appellee.**

**No. 14830.**

Court of Criminal Appeals of Texas.

Jan. 27, 1932.

R. H. Cocke, of Wellington, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft of cattle; punishment, three years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear to be regular.

No error appearing, the judgment will be affirmed.

**Alfonso RODRIGUEZ v. STATE.**

**No. 15063.**

Court of Criminal Appeals of Texas.

Jan. 20, 1932.

T. B. Monroe, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for possessing marijuana, under the provisions of article 725a, P. C., enacted by the Forty-Second Legislature, chapter 97 (Vernon's Ann. P. C. art. 725a). The punishment is two years in the penitentiary.

By proper affidavit it is made to appear that pending appeal appellant escaped from custody. By the terms of article 824, Code Cr. Proc. 1925, this court is ousted of jurisdiction.

The appeal is therefore dismissed.

**Dillard RUSSELL v. STATE.**

**No. 14925.**

Court of Criminal Appeals of Texas.

Jan. 20, 1932.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for cattle theft; punishment being assessed at confinement in the penitentiary for two years.

Appellant has filed his affidavit advising this court that he no further desires to prosecute his appeal.

At his request, the appeal is dismissed.